AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:21 am, Aug 19, 2020

OLUWAMUYIWA OLAWOYE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   5:20cv11

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 17, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Olawoye's Petition is DISMISSED without prejudice and Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_____August 18, 2020_____
Date

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03